# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No.06-00408-CR-W-GAF |
| SOUTHANOME FRICHITAVONG, | ) ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture.

On March 12, 2009, the defendant entered into a Plea Agreement with the United States in which the defendant agreed to forfeit any proceeds he had obtained from the offense alleged in Count One of the Indictment and Count Twenty-two, the forfeiture allegation (two million dollars).

The United States has filed a Motion for Entry of Final Order of Forfeiture which would consist of a personal money judgment against the defendant in the amount of $2,000,000.

Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

1. The defendant Southanome Frichitavong shall forfeit to the United States the sum of $2,000,000 and will be jointly and severely liable with co-defendants in this criminal case who have also been ordered to pay a personal money judgment pursuant to 21 U.S.C. § 853.

2. The United States District Court shall retain jurisdiction in the case for the purpose of

enforcing this Order.

3. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing or before sentencing if the defendant consents, and shall be made part of the sentence and included in the judgment

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $2,000,000 to satisfy the money judgment in whole or in part.

SO ORDERED this 9th day of April, 2009.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 9, 2009

